United States District Court
Eastern District of Michigan

United States of America,
                    Plaintiff,

                                                Case No. 18-20553

v.
                                                Hon. Terrence G. Berg

Antonio Vinton, Jr.,
                    Defendant.
_____/

## Stipulation and Order to Allow
## <u>Overnight Travel to Western District of Michigan</u>

The parties hereby stipulate to allow Defendant Antonio Vinton, Jr. to travel to

Brimley, Michigan 49715 on September 24, 2022, staying two nights at 11387 W.

Lakeshore, Brimley MI located in the Western District of Michigan, returning

September 26, 2022, with no objection by U.S. Pretrial Services.

*s/ Sara Woodward w/consent*                    *s/ Jonathan Epstein*
Sara Woodward                         Jonathan Epstein
Assistant United States Attorney      Attorney for the Defendant
211 W. Fort Street, Suite 2001        30445 Northwestern Hwy Ste 225
Detroit, MI 48226                     Farmington Hills, MI 48334
sara.woodward@usdoj.gov               jonathan@jonathanmepstein.com
(313) 226-9180                        (248)219-4004

Dated; September 14, 2022

SO ORDERED

                                    /s/Terrence G. Berg
                                    Terrence G. Berg
                                    United States District Judge

Entered: September 19, 2022